# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | Case No. 2:06CR00010 |
| | ) | Case No. 2:07CR00008 |
| v. | ) | |
| | ) | **FINAL ORDER** |
| | ) | |
| **THOMAS W. HAYES,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| Defendant. | ) | |

For the reasons set forth in the Opinion accompanying this Final Order, it is

**ORDERED** as follows:

1.  The clerk shall docket the defendant's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C.A. § 2255 in Case No. 2:07CR00008 and shall open a § 2255 action in that case;

2.  The two above-referenced § 2255 motions are hereby CONSOLIDATED for disposition;

3.  The government's Motion to Dismiss is GRANTED, and the defendant's § 2255 motions are DENIED; and

4.  Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, certificates

of appealability are DENIED.

ENTER: December 13, 2010

/s/ JAMES P. JONES
United States District Judge